BEFORE THE FIRST DIVISION, APRIL 17, 1943

**No. 48201.**—Protest 30576–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise in question consists of cigarette whistles composed in part of bamboo, similar in all material respects to those involved in Abstract 39509. In accordance therewith the claim at 45 percent under paragraph 409 was sustained.

BEFORE THE SECOND DIVISION, APRIL 19, 1943

**No. 48202.**—Protest 92057–K of Arundell Clarke (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the mufflers in question are the same as those involved in Abstract 46910 they were held dutiable at 35 percent under paragraph 1209, as modified by the said trade agreement, as mufflers wholly or in chief value of silk, valued at more than $5 per dozen, hemmed or hemstitched, and block-printed by hand, as claimed.

**No. 48203.**—Protest 496955–G of J. Zimmermann Co. (New York). .

Opinion by TILSON, J. In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust Ct. 69, C. D. 664) the harvest hats in question were held dutiable as claimed.

**No. 48204.**—Protests 573386–G, etc., of Millinery Clearing House, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the harvest hats in question were held dutiable as claimed.

**No. 48205.**—Protest 588023–G of Moka Hat Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise in question consists of 8-bu. paper hats, known as harvest hats, valued at less than $3 per dozen, the same as those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith they were held dutiable at 25 percent under paragraph 1504 (b) (5) as claimed.